**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Debbie Garner PRICE, Defendant–**
**Appellant.**

**No. 02–6166.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 28, 2002.

Decided June 10, 2002.

Debbie Garner Price, Appellant Pro Se. David Paul Folmar, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Debbie Garner Price seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Price*, Nos. CR–98–104; CA–01–494–1 (M.D.N.C. Dec. 17, 2001). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*